# United States Court of Appeals
## For the First Circuit

No. 10-1239

JACQUES ROBIDOUX,

Petitioner, Appellant,

v.

STEVEN J. O'BRIEN, Superintendent,

Respondent, Appellee.

ERRATA

The opinion of this Court, issued on June 28, 2011, should be amended as follows.

On page 20, line 6 of 2nd full paragraph, replace "bath" with "bathe".